

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00340-CV

| | | | |
|---|---|---|---|
| Eric Drake | § | From the 158th District Court | |
| | § | of Denton County (2013-20534-158) | |
| v. | § | November 20, 2014 | |
| Chase Bank | § | Opinion by Justice Meier | |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Eric Drake shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
Justice Bill Meier